The Sentence Review Board wishes to thank Mr. Gates for representing himself in the matter.

**STATE OF MONTANA,**
      **Plaintiff,**

**NO. DC-90-174A and DC-92-079A**

      **vs.**

**DECISION**

**RONALD EARL STEVENS,**
      **Defendant.**

On July 21, 1992, the Defendant's sentence for Theft was revoked and he was sentenced in Cause No. DC-90-174A.03 to serve a full seven (7) years; in Cause No. DC-92-079A, the Defendant was sentenced to ten (10) years with five (5) suspended for Theft. Both sentences shall run consecutively to each other. The Defendant shall be given credit for 92 days time served. The five (5) years suspended shall be under the conditions stated in the July 21, 1992 Judgment by Judge Keedy.

On May 7, 1993, the Defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The Defendant was present and was represented by Michelle Maltese, Legal Intern from the Montana Defender Project. The state was not represented.

Before hearing the application, the Defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also to increase it if such is possible. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

After careful consideration, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed.

The reason for the decision is the sentence imposed by the District Court is presumed correct pursuant to Section 46-18-904(3), MCA. The Division finds that the reasons advanced for modification are insufficient to deem inadequate or excessive as required to overcome the presumption per Rule 17 of the Rules of the Sentence Review Division of the Montana Supreme Court.

DATED this 7th day of May, 1993.

**Hon. Thomas McKittrick, Chairman, Hon. G. Todd Baugh, and Hon. John Warner, Judges**

The Sentence Review Board wishes to thank Michelle Maltese, Legal Intern from the Montana Defender Project for her assistance to the defendant and to this Court.